UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-0821-GW (KS)                                             Date: May 18, 2020

Title   _Herberto Bocanegra v. T. Bergami_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioners:         Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

    On January 24, 2020, Petitioner, a federal prisoner proceeding _pro se_, filed a Petition For Writ Of Habeas Corpus ("Petition"). (Dkt. No. 1.) On March 27, 2020 Respondent moved to dismiss the Petition for: (1) failure to identify and serve the proper respondent; and (2) improperly bringing a petition under 28 U.S.C. § 2255 as a Section 2241 petition. (Dkt. No. 8.) The Court's Order of February 11, 2020 directed Petitioner to file an opposition to a motion to dismiss within 30 days of the date of service thereof. (Dkt. No. 5 at 3.)

    Three weeks have now passed since the date on which Petitioner's opposition was due (April 26, 2020), and Petitioner has not filed a response to the Motion To Dismiss. Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion." Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a Petitioner "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to oppose the Motion To Dismiss and to timely comply with the Court's Order of February 11, 2020.

    However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before June 8, 2020** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure. To discharge this Order to Show

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-0821-GW (KS)                                    Date: May 18, 2020

Title   _Herberto Bocanegra v. T. Bergami_

Cause and proceed with this action, Petitioner's response to this Order must include <u>either</u>: (1) a complete and detailed opposition (in a manner fully complying with the Local Rules) to the Motion To Dismiss; or (2) a request for an extension to file the Opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Petitioner's failure to timely respond to the Motion To Dismiss.

<u>Alternatively</u>, Petitioner may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Petitioner is cautioned that his failure to respond to this order may result in a recommendation of dismissal.**

                                                                                                :
                                                         **Initials of Preparer**   gr