JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEBERTO BOCANEGRA, | ) | NO. CV 20-0821-GW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing the Petition, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 17, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE